1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ERNEST J. ESPINOZA,                      No.  1:16-cv-00193-DAD-JLT

12              Plaintiff,

13        v.                                  DEFENDANT COUNTY OF KERN HAS
                                              BEEN DISMISSED WITHOUT PREJUDICE
14   CALIFORNIA HIGHWAY PATROL, a
     government entity; CITY OF               (Doc. No. 20)
15   BAKERSFIELD, a government entity;
     COUNTY OF KERN, a government entity;
16   OFFICER MATT A. ASHE, an individual;
     and DOES 1 through 20, inclusive,
17
                Defendants.
18

19          On April 13, 2016, the parties filed a joint stipulation dismissing defendant County of

20   Kern without prejudice.  (Doc. No. 20.)  In light of the parties' stipulation, defendant County of

21   Kern has been terminated from the case, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San*

22   *Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice.  This

23   dismissal does not affect the status of the other defendants in the matter.

24   IT IS SO ORDERED.

25   Dated:   **April 15, 2016**        _____

26                                      UNITED STATES DISTRICT JUDGE

27

28

                                    1