UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST J. ESPINOZA,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL, a government entity; CITY OF BAKERSFIELD, a government entity; OFFICER MATT A. ASHE, an individual; and DOES 1 through 20, inclusive,<br><br>        Defendants. | No. 1:16-cv-00193-DAD-JLT<br><br>DEFENDANT CITY OF BAKERSFIELD HAS BEEN DISMISSED WITHOUT PREJUDICE<br><br>(Doc. No. 22) |

On April 15, 2016, the parties filed a joint stipulation dismissing defendant City of Bakersfield without prejudice. (Doc. No. 22.) In light of the parties' stipulation, defendant City of Bakersfield has been terminated from the case, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. This dismissal does not affect the status of the other defendants in the matter.

IT IS SO ORDERED.

Dated:  **April 18, 2016**　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1