UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST J. ESPINOZA,<br><br>           Plaintiff,<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL, a government entity; STATE OF CALIFORNIA, a government entity; OFFICER MATT A. ASHE, an individual; and DOES 1 through 20, inclusive,<br><br>           Defendants. | No. 1:16-cv-00193-DAD-JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANTS THE STATE OF CALIFORNIA AND CALIFORNIA HIGHWAY PATROL<br><br>(Doc. No. 42) |

On October 26, 2016, the parties filed a joint stipulation dismissing defendants the State of California and California Highway Patrol from this action with prejudice. (Doc. No. 42.) In light of the parties' stipulation, defendants the State of California and California Highway Patrol have been terminated from the case, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and have been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to terminate defendants the State of California and California Highway Patrol from the case.

IT IS SO ORDERED.

Dated:   **October 27, 2016**                        _____
                                                                     UNITED STATES DISTRICT JUDGE

1