**LAYFIELD & BARRETT, APC**
Joseph M. Barrett, Esq. (SBN 143974)
633 West 5th Street, Suite 3300
Los Angeles, CA 90071
Telephone: (844) 993-3743
Facsimile: (800) 644-9861

Attorneys for Plaintiff,
*ERNEST J. ESPINOZA, an individual*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST J. ESPINOZA, an individual<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, a government entity; STATE OF CALIFORNIA, a government entity; CITY OF BAKERSFIELD, a government entity; COUNTY OF KERN, a government entity; OFFICER MATT A. ASHE, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No: 1:16-cv-00193-JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE THE MID-DISCOVERY STATUS CONFERENCE<br><br>**(Doc. 52)** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**IT IS HEREBY STIPULATED**, by and through said parties and their counsel of record that the Mid-Discovery Status Conference, presently scheduled for April 10, 2017, be continued. Plaintiff has good cause to continue the Mid-Discovery Status Conference for the following reasons:

1. Gregory Peacock was Plaintiff's counsel of record while at Layfield & Barrett, APC but is no longer with the firm.
2. Gregory Peacock is erroneously listed with his new firm Bruno | Nalu on

the docket of this matter as counsel of record for Plaintiff, however Plaintiff's case never left Layfield & Barrett, APC.

3. Plaintiff will file concurrently with this stipulation a substitution of attorney form from Gregory Peacock to Joseph Barrett of Layfield & Barrett, APC to correct the court docket.

4. Further, Plaintiff was released from incarceration on March 6, 2017.

5. Since the date of Plaintiff's release, Plaintiff's counsel at Layfield & Barrett, APC has been unable to locate or communicate with Plaintiff even after numerous attempts to make contact, including sending letters to multiple addresses and calling multiple phone numbers for Plaintiff and his family members.

6. As a result, Plaintiff has been unable to provide verified responses to discovery propounded by Defendant.

7. On March 28, 2017, Plaintiff called Layfield & Barrett, APC and provided new contact information.

8. Plaintiff's counsel has conferred with opposing counsel and all parties agree to continue the Mid-Discovery Status Conference and corresponding deadline to submit Joint Statement.

For the reasons above, all parties respectfully request that the court consider this stipulation and order that the Mid-Discovery Status Conference be continued, as Plaintiff has only recently been able to re-establish contact with counsel and Plaintiff's case is also currently undergoing a referral process.

///
///
///
///
///

Dated: March 30, 2017                                             **LAYFIELD & BARRETT, APC**

                                                                  By:___/S/ Joseph Barrett

                                                                  Joseph M. Barrett, Esq.
                                                                  *Attorneys for Plaintiff*
                                                                  ERNEST J. ESPINOZA

Dated: March 30, 2017

                                                                  By:___/S/ Kenny Nguyen

                                                                  Kenny V. Nguyen, Esq.
                                                                  Deputy Attorney General
                                                                  Attorney for Defendant
                                                                  *OFFICER MATT A. ASHE*

## [PROPOSED] ORDER

After giving due consideration to the above stipulation, the Court hereby continues the Mid-Discovery Status Conference, currently set for April 10, 2017 to May 8, 2017. The report SHALL be filed and lodged at least one week before the conference.

Counsel may appear via teleconference by dialing (888) 557-8511 and entering Access Code 1652736 provided they lodge an "Intent to appear telephonically" by email to Shall@caed.uscourts.gov at least five days before the hearing.

IT IS SO ORDERED.

   Dated:   **March 31, 2017**                    **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE