XAVIER BECERRA, State Bar No. 118517
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
NICOLE L. ROMAN, State Bar No. 267730
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7663
  Fax: (916) 322-8288
  E-mail: Nicole.Roman@doj.ca.gov
*Attorneys for Defendant
California Highway Patrol Officer
Matt A. Ashe*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST J. ESPINOZA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, a government entity; STATE OF CALIFORNIA, a government entity; CITY OF BAKERSFIELD, a government entity; COUNTY OF KERN, a government entity; OFFICER MATT A. ASHE, an individual; and DOES 1 through 20, inclusive,<br><br>　　　　　　　　　　Defendants. | 1:16-cv-00193-DAD-JLT<br><br>**EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON DEFENDANT'S MOTION TO AMEND THE SCHEDULING ORDER AND DECLARATION OF NICOLE L. ROMAN IN SUPPORT OF SAME**<br><br>Judge:　　　Hon. Jennifer L. Thurston<br>Trial Date:　May 8, 2018<br>Action Filed: February 11, 2016 |

　　　　Pursuant to Eastern District Local Rule 144(d), Defendant California Highway Patrol Officer Matt A. Ashe, through his counsel, hereby applies ex parte for an Order Shortening Time for his Motion to Amend the Scheduling Order. The attached declaration of Nicole L. Roman demonstrates that the hearing of this motion on shortened time is necessary due to impending pre-trial motion deadlines and upcoming trial. Thus, Defendant requests the court grant the following relief:

1. An order staying all pre-trial dates and deadlines as stated in the Scheduling Order (ECF 47) and shortening time for determining Defendant's Motion to Amend the Scheduling Order;

2. An order staying all pre-trial dates and deadlines pending the Court's ruling on Defendant's Motion to Amend the Scheduling Order currently set for hearing on January 18, 2018.

As the Court is aware, Defendant has filed a noticed Motion to Amend the Scheduling Order, which is currently on for hearing on January 18, 2018 (the first available hearing date to permit the requisite notice). The basis for Defendant's motion, while fully set forth therein, is in sum based on previous defense counsel's unexpected resignation and scheduling conflicts of new counsel.

Dated: December 18, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

NICOLE L. ROMAN
Deputy Attorney General
*Attorneys for Defendant
California Highway Patrol Officer Matt A. Ashe*

SA2016101100
33191672.docx

## DECLARATION OF NICOLE L. ROMAN

1. I am an attorney at law, licensed to practice in the state of California, and am employed as a Deputy Attorney General in the California Office of the Attorney General. This declaration is submitted in support of Defendant California Highway Patrol Officer Matt A. Ashe's Application for Order Shortening Time on the Motion to Amend Scheduling Order. I am personally familiar with the following facts.

2. The Motion to Amend the Scheduling Order seeks to revise the current scheduling order (ECF 47) to (1) re-open discovery to allow Defendant to take the deposition of Plaintiff Ernest Espinoza; (2) continue the deadline for non-dispositive motions; (3) continue the current deadline for dispositive motions; and (4) continue the current pretrial and trial dates.

3. An Order Shortening Time is necessary because the present deadline to file a dispositive motion is January 12, 2018. Due to notice requirements under Eastern District Local Rule 230, Defendant's Motion to Amend the Scheduling Order cannot be heard prior to this deadline.

4. I have attempted to contact Plaintiff Ernest Espinoza, who is representing himself in *pro se*, to discuss the Motion to Amend Scheduling Order. I called the phone number listed for Mr. Espinoza on the court's docket on December 13, 2017. The number was out of service. I sent Mr. Espinoza a letter via facsimile and overnight mail on December 14, 2017. As of today's date, I have not received a response from Mr. Espinoza. No email address is listed for Mr. Espinoza on the court's docket. Thus, I have been unable to ascertain Mr. Espinoza's position on the Motion to Amend the Scheduling Order or my request for shortened time for the hearing of the motion. Likewise, I have been unable to obtain a stipulation from Mr. Espinoza.

5. Attached is a proposed order granting the Application. On behalf of Officer Ashe, I respectfully request the Court to set the following briefing and hearing schedule:

- Plaintiff's Opposition to Motion to Amend the Scheduling Order: December 29, 2017
- Hearing: January 5, 2018 at 9:30 a.m.

///

///

6. I hereby certify that the Application for Order Shortening Time is made in good faith and for good cause.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters asserted on information and belief, of which I am informed and believe to be true. Executed this 18th day of December, 2017 at Sacramento, California.

                                               /s/ *Nicole L. Roman*
                                               NICOLE L. ROMAN

# CERTIFICATE OF SERVICE

Case Name: Ernest J. Espinoza v. California Highway Patrol, et al.

No. 1:16-cv-00193-DAD-JLT

I hereby certify that on December 22, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON DEFENDANT'S MOTION TO AMEND THE SCHEDULING ORDER AND DECLARATION OF NICOLE L. ROMAN IN SUPPORT OF SAME, ANDDECLARATION OF NICOLE L. ROMAN**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On December 22, 2017, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Ernest J. Espinoza
2901 S. H Street, #B
Bakersfield, CA 93304

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 22, 2017, at Sacramento, California.

| Yvette M. Greenwood | /s/ Yvette M. Greenwood |
|---|---|
| Declarant | Signature |

SA2016101100/33196399.docx