# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST J. ESPINOZA, | Case No.: 1:16-cv-0193 - JLT |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE COURT'S SCHEDULING ORDER |
| v. | |
| CALIFORNIA HIGHWAY PATROL, et al., | (Doc. 69) |
| Defendants. | |

Defendant filed a motion to amend the case schedule to allow time to depose the plaintiff and corresponding later dates. (Doc. 69) The defendants seek the case amendments due to the fact that new counsel has taken over the file and the discovery needs identified by the new attorney. Id. at 8-10. The Court ordered the plaintiff to respond to the motion (Doc. 72), but has not done so. Indeed, the order that the Court mailed to the plaintiff has been returned by the United States Postal Service because he is no longer at the address he had previously provided.[1] Therefore, because the Court sees no prejudice to the plaintiff in light of what appears to be his abandonment of this case, the Court **ORDERS** the case schedule to be amended as follows:

1. Non-expert discovery is reopened for the purpose of taking the deposition of the plaintiff. The deposition **SHALL** be completed **no later than March 9, 2018**;

---

[1] Plaintiff must file his change of address no later than March 19, 2018. Failure to do so will result in the Court dismissing the action.

1

a. Non dispositive motions **SHALL** be filed **no later than March 23, 2018** and heard no later than **April 20, 2018**;

b. Dispositive motions **SHALL** be filed **no later than May 11, 2018** and heard no later than **June 22, 2018**;

c. The pretrial conference is continued to **July 17, 2018** at 10:00 a.m.;

d. The trial is continued to **September 10, 2018** at 8:30 a.m.

IT IS SO ORDERED.

Dated: **January 11, 2018**       /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE