## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ERNEST J. ESPINOZA,**

CASE NO: **1:16–CV–00193–JLT**

v.

**MATT A. ASHE, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/21/2018**

        **Marianne Matherly**
        Clerk of Court

ENTERED: **March 21, 2018**

by: /s/ C. Marrujo
        Deputy Clerk